**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MORRIS MILLS,

    Petitioner,

v.                                         Case No. 2:15-CV-10505

DUNCAN MACLAREN,

    Respondent,
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Summarily Denying the Petition for Writ of Habeas Corpus . . .," dated April 30, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Duncan Maclaren and against Petitioner Morris Mills. Dated at Detroit, Michigan, this 30th day of April 2015.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT


                                      S/Lisa Wagner
                            By: Lisa Wagner, Case Manager
                               to Judge Robert H. Cleland